**Order entered January 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00481-CV

**PRECISION EXTERIOR COATINGS LLC, DEBBIE
ALLEN, AND LISA WALLER, Appellants**

**V.**

**JP MORGAN CHASE BANK, N.A., Appellee**

**On Appeal from the 95th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-02055**

## ORDER

The Court has before it appellee's January 8, 2013 second motion to extend time to file appellee's brief. The Court **GRANTS** the motion and **ORDERS** appellee to file its brief by January 29, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE